IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED

9:37 am, 6/16/25

**Margaret Botkins**
**Clerk of Court**

| | |
|---|---|
| MARK and TRESSA NELSON, Wrongful Death Representatives for the Estate of EMMA DELENE NELSON, and KYLE and CHRISTINA BOWERS, Wrongful Death Representatives for the Estate of KOREY BOWERS, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 22-CV-166-KHR ) ) |
| McLANE COMPANY, INC., a corporation, TRANSCO, INC., a Nevada corporation, MCLANE/WESTERN, INC., a corporation and CONAN FERGUSON | ) ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** coming before the Court on the Parties' *Stipulated Motion to Dismiss With Prejudice*, and the Court having reviewed the *Stipulated Motion to Dismiss With Prejudice* and being fully advised, finds good cause that the *Stipulated Motion to Dismiss With Prejudice* should be granted.

**NOW THEREFORE IT IS ORDERED** that this action is hereby dismissed with prejudice, with each party to bear their respective attorney's fees and costs.

**DATED** this 16th day of June, 2025.

_____
United States District Court Judge